DENHAM v. ADDISON et al.

ATKINSON, J. No error of law being complained of, and the evidence, though conflicting, being sufficient to warrant the verdict, there was no abuse of discretion in refusing to grant a new trial.

Judgment affirmed. All the Justices concur.

Submitted January 16,—Decided June 9, 1908.

Petition. Before Judge Edwards. Haralson superior court. March 27, 1907.

Walter Mathews and Beall & Adamson, for plaintiff in error.
E. S. Griffith, contra.